

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00021-CV

**IN RE SECURITY WELL SERVICE II, LP**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:  Irene Rios, Justice
          Lori M. Brissette, Justice
          Adrian A. Spears II, Justice

Delivered and Filed: January 28, 2026

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On January 9, 2026, relator filed a petition for writ of mandamus. On January 15, 2026, relator filed a motion to dismiss its mandamus petition on the grounds of mootness. We **GRANT** relator's motion. Accordingly, relator's petition for writ of mandamus is **DISMISSED AS MOOT**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. DC-22-99, styled *Eusebio "Nuno" Villarreal and Peggy Villarreal v. White Oak Operating Co., LLC et al.*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Baldemar Garza presiding.